UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LARISSA MARIE REID                                CIVIL ACTION

VERSUS

COMMISSIONER OF THE SOCIAL                        NO. 19-00742-BAJ-SDJ
SECUIRTY ADMINISTRATION

## RULING AND ORDER

Before the Court is Plaintiff's unopposed **Motion for Attorney's Fees Under The Equal Access To Justice Act (Doc. 22).** Plaintiff seeks attorney's fees in the amount of $6,087.50. (Doc. 22–1, p. 5). The Motion is unopposed.

### I.   BACKGROUND

Plaintiff appealed the Commissioner of the Social Security Administration's denial of her application for disability benefits. (Doc. 1). On March 31, 2021, the Court vacated the decision of the Commissioner and remanded the claim for further proceedings. (Doc. 19). The Court dismissed this action, but reserved Plaintiff's right to the subsequent timely filing of an application for attorney's fees under the Equal Access to Justice Act pursuant to 28 U.S.C. § 2412(d)(1)(B). *Id.* Plaintiff then filed the present Motion. (Doc. 22).

## II. LEGAL STANDARD

The Equal Access to Justice Act ("EAJA") provides that a court shall award attorney's fees and costs to a prevailing party in a civil action brought against the United States "unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust." 28 U.S.C. § 2412(d)(1)(A); *Baker v. Bowen*, 839 F.2d 1075, 1080 (5th Cir. 1988); *see also Collins v. Comm'r of Soc. Sec.*, No. CV 17-49-RLB, 2018 WL 2758256, at *1 (M.D. La. June 8, 2018).

## III. DISCUSSION

Plaintiff is the prevailing party who filed a timely application for fees. Accordingly, an award of reasonable attorney's fees is proper in this case. Plaintiff requests attorney's fees to compensate her attorney for 32.50 hours of work at a rate of $175 per hour—$5,687.50 total. (Doc. 22–1, p. 5). Plaintiff also requests a fee for paralegal work of $400.00. *Id.* Plaintiff asserts that the hourly rate of $175 is reasonable, calculated based on the $125 hourly rate authorized by the EAJA and adjusted based on the Consumer Price Index prepared by the Bureau of Labor and Statistics. *Id.* 28 U.S.C. §2412(d)(2)(A)(ii). Having reviewed the Statement of Attorney Time Expended, the Court finds the requested rate to be reasonable in this case. *See Collins v. Comm'r of Soc. Sec.*, No. CV 17-49-RLB, 2018 WL 2758256, at *1 (M.D. La. June 8, 2018) (finding rate of $150 per hour reasonable) (internal citations omitted); *see also Simoneaux v. Comm'r of Soc. Sec.*, 2019 WL 6838703, at *1-2 (M.D. La. Dec. 16, 2019) (finding a rate of $100.00 to be reasonable for non-attorney work).

## IV.   CONCLUSION

Accordingly,

**IT IS ORDERED** that Plaintiff's **Motion for Attorney's Fees Under The Equal Access To Justice Act (Doc. 22)** is **GRANTED**.

**IT IS FURTHER ORDERED** that the Commissioner of the Social Security Administration shall send Plaintiff's counsel a check made payable to "Larissa Marie Reid" for attorney's fees in the amount of $6,087.50 pursuant to the Equal Access to Justice Act.

Baton Rouge, Louisiana, this 23rd day of November, 2021

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA